UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES MEARS, Individually,

      Plaintiff,

v.                                            CASE NO. 0:14-cv-62932-FAM

THE PEP BOYS-MANNY, MOE & JACK,
INC.,

      Defendant.
_____/

## DEFENDANT'S NOTICE OF SETTLEMENT

    Defendant The Pep Boys – Manny, Moe & Jack, Inc. hereby gives notice to the Court that Plaintiff's claims have been settled through informal settlement efforts by the parties' counsel.

Dated this 23rd day of March, 2015.

                                                Respectfully submitted,

                                                */s/ Beth S. Joseph*
                                                Anne Marie Estevez
                                                  Florida Bar No. 991694
                                                  Email: *aestevez@morganlewis.*com
                                                Beth S. Joseph
                                                  Fla. Bar No. 0062952
                                                  E-Mail: bjoseph@morganlewis.com
                                                Morgan, Lewis & Bockius LLP
                                                  200 South Biscayne Boulevard
                                                  Suite 5300
                                                  Miami, FL 33131-2339
                                                  Telephone:  305.415.3330
                                                  Facsimile:  877.432.9652

                                                  *Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on March 23, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

### SERVICE LIST

Philip Michael Cullen, III
  Florida Bar No. 167853
  cullen@thomasbaconlaw.com
Thomas B. Bacon, P.A.
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone:  954-462-0600
Facsimile:  954-462-1717

*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Beth S. Joseph*
　　　　　　　　　　　　　　　　　　　　Beth S. Joseph